# CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2013CR2894 -1W
(W1)

THE STATE OF TEXAS

VS

HECTOR RAMIREZ

IN THE 227TH DISTRICT COURT
FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/6/2015 BEXAR COUNTY TEXAS

KEITH E. HOTTLE
Clerk

1. Defendant filed motion for new trial: X no __ yes, date filed: _____

2. Notice of appeal was filed on 02-27-2015 _____

3. The Honorable KEVIN O'CONNELL _____ presided at the hearing .

4. The above named defendant was convicted of the offense(s) of POSS CS PG 1 LESS THAN 1 GRAM

as a (Repeater)(Habitual).

5. State's appeal attorney: NICHOLAS LAHOOD          300 Dolorosa, Suite 4025, Bexar County Justice
   Center, San Antonio, Texas,78205 (210)335-2413      SBN: 24030360

6. Hearing _____ Attorney(s): RAYMUNDO ALEMAN

   (Retained)(Appointed)Appeals attorney:ROBERT A JIMENEZ
   Address & Phone No: 800 DOLOROSA 100 SAN ANTONIO, TX, 78207-4559 (210)354-1844          SBN: 24059125

   Defendant Pro-Se __ Yes X No
7. The trial held was: ___ Trial before the Court          ___ Jury trial on guilt only
   ___ Jury trial on punishment only          ___ Jury trial guilt and punishment
   ___ Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
   ___ Pretrial motion heard prior to plea          ___ Open/non negotiated plea of guilty/nolo contendere
   X Motion to enter adjudication of guilt          ___ Motion to revoke community supervision
   X Other APPLICATION FOR 11.072 POST CONVICTION WRIT

8. The sentence was (imposed ) on:02-03-2015 for a period of:yrs:000 mths:06
   and a fine of $          0.00

9. Defendant is presently in:___ BCADC  X  TDCJID. Defendant is on ** RWOB ** appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: _____
    11/12/2013 ERMINIA UVIEDO 335-3658
    02/23/2015 LISA RAMOS 335-2304
11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's na
    & cause number) _____

WITNESS MY HAND THIS THE 3rd DAY OF March , 2015

COURT REPORTER(S): NOTIFIED          Date: 3/3/2015
                                      Date: _____
KEITH E. HOTTLE, CLERK

BY: _____          Date: _____
    Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY: _____
MARTINEZ, GLORIA A          ,DEPUTY

(jsdca)



NO. 2013-CR-2894-W1

| EX PARTE | § | IN THE DISTRICT COURT |
| | § | **227TH** JUDICIAL DISTRICT |
| **HECTOR RAMIREZ-GUTIERREZ** | § | BEXAR COUNTY, TEXAS |

### ORDER ON APPLICATION FOR 11.072 POST CONVICTION WRIT

The Court, in needing to resolve the issues contained in an application for a writ of habeas corpus, filed on Aug 05, 2014, pursuant to the Texas Code of Criminal Procedure, Art. 11.072, hereby **ORDERS** as follows:

1. That the Clerk forward a copy of this Order, and the writ application and its attachments to **Ben Stephenson, 111 Soledad Street, Suite 811, San Antonio, Texas 78205.**

2. That, on or before **December 09, 2014, Ben Stephenson** file with this Court a written affidavit addressing claims raised in Applicant's writ application, including answering the following:

   a. Applicant claims that Trial Counsel failed to give him adequate immigration advice, specifically, the immigration consequences of his guilty plea.

   b. Did you advise Applicant that his guilty plea would bar discretionary relief?

   Please provide any additional information that may assist the court in addressing the claims raised in this writ application

Simultaneously, **the Ben Stephenson** shall send a copy of the affidavit to **Juan R. Gonzalez, Attorney for Applicant, 8802 Marbach Road, Suite 101, San Antonio, Texas 78227**

SIGNED and ENTERED on     NOV 1 4 2014      .

_____
**JUDGE PHILIP A. KAZEN JR.**
227TH Judicial District Court
Bexar County, Texas

cc: **Juan R. Gonzalez**
**Attorney for Applicant**
**8802 Marbach Road, Suite 101**
**San Antonio, Texas 78227**

## NO. 2013-CR-2894-1W

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 227th JUDICIAL DISTRICT |
| | § | |
| HECTOR RAMIREZ-GUTIERREZ | § | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Hector Ramirez-Gutierrez, Defendant in the above entitled and numbered cause, pursuant to Rule 31 of the Texas Rules of Appellate Procedure, and gives this written notice of interlocutory appeal to the Court of Appeals of the State of Texas from the written order of the trial Court issuing the writ of habeas corpus, but denying relief thereon, on January 29, 2015.

Respectfully submitted,

DMCA, LLP
800 Dolorosa Suite100
San Antonio, TX 78207
Tel: (210) 354-1844
Fax: (210) 590-1845

By: _____
Robert A. Jimenez
State Bar No. 24059125
robert@dmcausa.com
Attorney for Hector Ramirez-Gutierrez

## CERTIFICATE OF SERVICE

This is to certify that on February 27, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County, by hand delivery.

_____
Robert A. Jimenez